# United States District Court

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

2015 OCT 16 PM 3:13

DEPUTY CLERK

__NORTHERN__ DISTRICT OF __TEXAS__
San Angelo Division

UNITED STATES OF AMERICA
V.
Rafael Antonio MARIN-Pina

## WARRANT FOR ARREST

CASE NUMBER: **6 - 15 M J - 0 0 4 2**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

__Rafael Antonio MARIN-Pina__
Name

and bring him or her forthwith to the nearest magistrate to answer a (n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RE-ENTRY AFTER DEPORTATION

violation of Title __8__ United States Code, Section(s) __1326 & 6 USC Section 202(3)(4) & 557__

| E. Scott Frost | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer | October 16, 2015, Abilene, Texas |
| | Date and Location |

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at San Angelo, Texas |

| DATE RECEIVED 10/16/15 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/16/15 | William K. Fletcher, Deportation Officer | /s/ |