IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. _____ |
| RAFAEL ANTONIO MARIN-PINA | 6 15CR-030 C |

## INDICTMENT

The Grand Jury charges:

### Count One
### Illegal Re-Entry After Deportation
(Violation 8 U.S.C. § 1326; and 6 U.S.C. §§ 202(3), 202(4) and 557)

On or about September 13, 2015, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Rafael Antonio Marin-Pina**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at San Ysidro, California, on or about August 7, 2008, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Section 1326; and Title 6, United States Code, Sections 202(3), 202(4) and 557.

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY


SEAN LONG
Assistant United States Attorney
Texas State Bar No. 24056734
1205 Texas Avenue, Suite 700
Lubbock, TX 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-Mail:      sean.long@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

THE UNITED STATES OF AMERICA

v.

RAFAEL ANTONIO MARIN-PINA

INDICTMENT

8 U.S.C. § 1326; and 6 U.S.C. §§ 202(3), 202(4) and 557
Illegal Re-Entry After Deportation

(1 COUNT)

A true bill rendered:

Amarillo _____ _____ Foreperson

Filed in open court this 28th day of October, A.D. 2015.

_____ Clerk

__X__ Defendant in federal custody (Pending Criminal Complaint 6:15-MJ-42)

_____
UNITED STATES MAGISTRATE JUDGE